**Willie Lee WILLIAMS, a/k/a Robert C. Singleton, Movant-Appellant,**

v.

**STATE of Missouri, Defendant-Respondent.**

No. 50573.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 22, 1986.

Motion for Rehearing and/or Transfer Denied May 20, 1986.

William J. Shaw, Public Defender, Maria Vitale Perron, Asst. Public Defender, Clayton, for movant-appellant.

John Munson Morris, Lee Allison Bonine, Asst. Attys. Gen., Jefferson City, for defendant-respondent.

ORDER

PER CURIAM.

Movant appeals denial of post-conviction relief under Rule 27.26 without an evidentiary hearing. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. No jurisprudential purpose could be served by a written opinion. Judgment affirmed in accordance with Rule 30.25.